JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI MONTANA,<br><br>        Plaintiff,<br><br>        v.<br><br>RITESH PRASAD,<br><br>        Defendant. | Case No. CV 22-8182 FMO (AFMx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 21st day of November, 2022.

                                                          /s/
                                          Fernando M. Olguin
                                     United States District Judge